

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-14-00170-CR**
**NO. 02-14-00171-CR**

TODD ERIC HELMS                                                    APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1286173D
TRIAL COURT NO. 1315585D

----------

## MEMORANDUM OPINION[1]

----------

On May 7, 2014, we notified Appellant Todd Eric Helms of our concern that we lack jurisdiction over his attempted appeals from the trial court's orders supplementing and amending his conditions of deferred adjudication community supervision. Helms's court-appointed appellate counsel responded by filing a

---

[1]*See* Tex. R. App. P. 47.4.

motion to abate these appeals to the trial court so that it may consider whether its certification that Helms has a right to appeal is proper. Abatement is unnecessary. This court does not have jurisdiction to consider an appeal from an order altering or modifying the conditions of community supervision. *See Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006) ("There is no legislative authority for entertaining a direct appeal from an order modifying the conditions of community supervision."); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Jenerette v. State*, Nos. 02-13-00092-CR, 02-13-00093-CR, 2013 WL 2631297, at *1 (Tex. App.—Fort Worth June 13, 2013, no pet.) (mem. op., not designated for publication). Accordingly, we deny Helms's motion to abate and dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 31, 2014